Argued and submitted February 25, affirmed June 9, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL DAVID CLARK,
*Defendant-Appellant.*

Lane County Circuit Court
16CR09135; A171804

487 P3d 875

Maurice K. Merten, Judge.

Kyle Krohn, Deputy Public Defender, argued the cause for appellant. Also on the brief was Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Office of Public Defense Services.

Jon Zunkel-deCoursey, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).